■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO CARTER, Appellant. [823 NYS2d 750]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered June 1, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree and criminal possession of a weapon in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, J.P., Martoche, Centra and Pine, JJ.